11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Jennifer Kay Alexander,                          * From the 39th District
                                                    Court of Haskell County,
                                                    Trial Court No. 6370.

Vs. No. 11-11-00038-CR                           * February 14, 2013

State of Texas,                                  * Memorandum Opinion by Willson, J.
                                                    (Panel consists of: Wright, C.J.,
                                                    McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.